1   **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                    FOR THE DISTRICT OF ARIZONA

8

9   United States of America,              )    CR 01-1026-PHX-ROS
                                           )
10              Plaintiff,                  )
                                           )
11  vs.                                    )
                                           )
12  David Daniel Dieringer, Jr.,           )          **ORDER**
                                           )
13              Defendant.                 )
                                           )
14  _____       )

15

16          A detention hearing and a preliminary revocation hearing on the Petition on

17  Supervised release were held on 03/28/2006.

18          **THE COURT FINDS** that the Defendant has knowingly, intelligently, and

19  voluntarily waived his right to a detention hearing and a preliminary revocation hearing and

20  has consented to the issue of detention being made based upon the allegations in the Petition.

21          **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden

22  of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that

23  he is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529

24  (9th Cir. 1994).

25

26  / / /

27  / / /

28

1    **IT IS ORDERED** that the Defendant shall be detained pending further order of the

2    court.

3    DATED this 3rd day of April, 2006.

4

5    Lawrence O. Anderson
     United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28